Entered on Docket April 23, 2026

**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

Form odsm

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

Case No.: 26−11026−CMA
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Donald Thomas Williams Jr<br>PO Box 106<br>Ravensdale, WA 98051 | Janie Williams<br>PO Box 106<br>Ravensdale, WA 98051 |

Social Security / Individual Taxpayer ID No.:

| | |
|---|---|
| xxx−xx−1272 | xxx−xx−3399 |

Employer Tax ID / Other nos.:

---

## ORDER DISMISSING CASE

This matter having come before the Court and based on a review of the records and files herein, it is

ORDERED that this case is dismissed due to:

☑ The debtor's failure to file required schedules.
☐ The debtor's failure to pay the filing fee.
☐ The debtor's failure to attend the meeting of creditors.
☐ The debtor's failure to comply with a show cause order.
☐ The debtor's failure to meet minimum filing requirements.
☐ Other:

Any unpaid fees remain due and owing to the Clerk of the Bankruptcy Court.

///End of Order///